AO 240A  (Rev. 01/09)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the

_____

| | | |
|---|---|---|
| Maria Mercedes Cansino et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 18-135 |
| Cameron County, Texas | ) | |
| *Defendant* | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

	IT IS ORDERED:  The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

	The clerk is ordered to file the complaint and issue a summons.  The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

	The clerk is ordered to file the complaint.  Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons.  If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed.  The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

	This application is denied for these reasons:

Date: _____

                                                                                              _____
                                                                                              *Judge's signature*

                                                                                              _____
                                                                                              *Printed name and title*